**Electronically Filed
Supreme Court
SCWC-13-0005233
23-DEC-2016
12:04 PM**

SCWC-13-0005233

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

DAT MINH TRAN, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0005233; CR. NO. 95-0-002471)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
and Wilson, J., dissenting)

Petitioner/Defendant-Appellant Dat Minh Tran's application for writ of certiorari filed on November 9, 2016, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, December 23, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

